UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KIM HYDE-RHODES,<br><br>                    Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY,<br><br>                    Defendant. | Case No. 4:20-cv-00597-BLW<br><br>**ORDER ON ALL PENDING MOTIONS** |

In the Initial Review Order, the Court ordered Plaintiff Kim Hyde-Rhodes to take financial responsibility for her case and to file an amended complaint, following the guidelines in that order. Dkt. 3. Plaintiff's in forma pauperis request shall be granted (Dkt. 4), but she has filed a number of items that are still deficient.

Having reviewed the record in this matter, the Court enters the following Order.

### ORDER

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 4) is GRANTED.

2. Plaintiff's Motion for Permission to Amend Complaint and for Extension of Time (Dkt. 5) is GRANTED.

**ORDER ON ALL PENDING MOTIONS- 1**

3. Plaintiff's Amended Complaint (Dkt. 9) is STRICKEN, because it has no factual allegations, just a list of defendants. Plaintiff may file a second amended complaint, following the instructions set forth in the Initial Review Order (Dkt. 3) **within 60 days** after entry of this Order. Failure to do so will result in dismissal of this case without further notice.

4. Plaintiff may not represent anyone except herself as a non-attorney pro se litigant. Her husband's name shall not be included on her filing unless he has signed the filing or it is signed by an attorney who is representing him.

5. Plaintiff's Motion for Court-Appointed Attorney (Dkt. 8) is DENIED without prejudice. Plaintiff has not shown that her claims have enough potential merit to warrant appointment of pro bono (free volunteer) counsel. The Court has no paid counsel at its disposal. The Court will revisit its ruling without Plaintiff having to file another motion should she state a claim that has potential merit when she files an amended complaint.

DATED: March 16, 2021

B. Lynn Winmill
U.S. District Court Judge

**ORDER ON ALL PENDING MOTIONS- 2**